UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Ashley Barton, individually,
and o/b/o KJB, a minor,

    Plaintiff,

v.

Mayo Clinic, Peter S. Rose, M.D.,
and Syed Mohammed Karim, M.D. a/k/a
Mohammed Karim, M.D.,

    Defendants.

Case No. 25-cv-00033 (LMP/DLM)

**First Amended Declaration of Expert Review**

---

I, Jeffrey S. Storms, hereby declare under the penalty of perjury as follows:

1. I am one of Plaintiff's attorneys in this case and I am licensed to practice before the state and federal courts of Minnesota.

2. I have reviewed the facts of this case with an expert whose qualifications provide a reasonable expectation that the expert's opinions could be admissible at trial and that, in the opinion of this expert, Defendants deviated from the applicable standard of care and by that action caused injury to KJB.

3. This declaration is made pursuant to the requirements in Minnesota Statute § 145.682, subd. 3.

4. Pursuant to Minn. Stat. § 358.116 and 28 U.S.C. § 1746, I declare under the penalty of perjury that everything stated in this declaration is true and correct and that this Declaration was executed on January 21, 2025, in Hennepin County, Minnesota.

FURTHER YOUR AFFIANT SAYETH NOT.

                              /s/ Jeffrey S. Storms
                              Jeffrey S. Storms, #0387240