**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Ashley Barton, individually, and o/b/o KJB, a minor, | Case No. 25-cv-33 (LMP-DLM) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| Mayo Clinic, Peter S. Rose, M.D., and Mohammed Karim, M.D., | |
| Defendants. | |

---

**PLEASE TAKE NOTICE** that the undersigned hereby notifies the Court and counsel that Sarah Theisen of Fredrikson & Byron, P.A., 60 South Sixth Street, Suite 1500, Minneapolis, Minnesota 55402, shall appear as counsel of record for Defendants Mayo Clinic, Peter S. Rose, M.D., and Syed Mohammed Karim, M.D., in the above-captioned case.

Dated: April 8, 2026

*s/ Sarah Theisen*

Gregory E. Karpenko (#0286473)
Anupama D. Sreekanth (#0393417)
Sarah Theisen (#0402844)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
Telephone: 612.492.7000
gkarpenko@fredlaw.com
asreekanth@fredlaw.com
stheisen@fredlaw.com

**Attorneys for Defendants**