## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

Ashley Barton, individually,
and o/b/o KJB, a minor,

        Plaintiff,

v.

Mayo Clinic, Peter S. Rose, M.D., and
Mohammed Karim, M.D.,

        Defendants.

Case No. 25-cv-33 (LMP/DLM)

**Stipulation to Amend
Pretrial Scheduling Order**

Whereas, the Court issued a Pretrial Scheduling Order on April 24, 2025 [ECF. Doc No. 23];

Whereas, the Parties have engaged in substantial written and document discovery;

Whereas, the Parties worked diligently and collaboratively for Plaintiff to schedule and take the depositions of several treating physicians, including the Defendants, who are challenging to schedule due to the nature of their professional schedules.

Whereas, the Court issued a Second Amended Pretrial Scheduling Order on November 12, 2025 [ECF No. 33];

Whereas, Plaintiff had additional depositions scheduled and the parties were on track to meet the deadlines of the Second Amended Pretrial Scheduling Order when the Parties became aware of the existence of additional text messages;

Whereas, the Parties have worked in good faith to agree upon a protocol for forensic cell phone examination and to reach agreement on multiple other discovery issues, including

the rescheduling of noticed depositions re-taking of certain depositions due to the text message disclosures;

Whereas, the Court has previously issued and extended stays related to discovery, but the Parties agree that now is an appropriate time to issue a current scheduling order;

Whereas, Defendants agree that the forensic inspection and production of the additional text messages should be completed by August 3, 2026;

Whereas, the Parties agree that they shall cooperate in good faith to schedule the remaining outstanding depositions to occur by October 15, 2026;

Therefore, the Parties, by their attorneys, hereby stipulate, and request that the Court issue the following discovery schedule:

**Deadlines for Fact Discovery**

2.    The parties must commence fact discovery procedures in time to be completed by **March 1, 2027.**

**Additional Discovery Limitations**

No more than **2** Rule 35 medical examinations before **December 1, 2026**. If the parties do not agree on the number and scope of Rule 35 medical examinations, the inclusion of a deadline for Rule 35 medical examination(s) in this Order does not relieve a party seeking an examination from its obligation to bring a motion under Rule 35, to show good cause for the examination, and to otherwise meet the requirements of that Rule.

**Deadlines for Expert Discovery**

2.    Disclosure of the identities of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B) (accompanied by the written report prepared and signed by the expert witness) and the full disclosures required by Rule 26(a)(2)(C), shall be made as follows:

a)  Identities and disclosures by Plaintiff, including any pursuant to Minn. Stat. § 145.682, on or before **August 3, 2026.**

b)  Identities and disclosures by Defendants on or before **November 2, 2026**

c)  Rebuttal identities and disclosures on or before **December 15, 2026**

3.  All expert discovery, including expert depositions, shall be completed by **February 16, 2027**

## Non-Dispositive Motion Deadlines

2.  Except as otherwise specifically set forth in this section, all non-dispositive motions and supporting documents, including those that relate to fact discovery, shall be filed and served on or before **February 16, 2027.**

3.  All non-dispositive motions and supporting documents that relate to expert discovery shall be filed and served on or before **March 1, 2027.**

## Dispositive Motions

All dispositive motions must be filed and served by the moving party on or before **May 3, 2027**. The parties must comply with Local Rule 7.1 and the Electronic Case Filing Procedures Guide, Civil Cases.

## Settlement Conference

The Court may sua sponte schedule status conferences or settlement conferences to explore options for alternative dispute resolution. In addition, the Court will in its discretion consider joint or *ex parte* requests that the Court schedule a settlement conference or otherwise assist in settlement negotiations, provided that the content of any *ex parte* request shall be strictly limited to the topic of settlement and shall not comment on any matter that may come before the Court for a ruling. Such requests shall be submitted by email to Micko_Chambers@mnd.uscourts.gov. The Court will treat *ex parte* requests as confidential unless otherwise advised.

**Trial**

The case will be ready for a jury trial on or about **October 1, 2027**.  The anticipated length of trial is 15 days.  The parties will work together with the Court to set a trial date certain for this matter.  Defendants are not available for trial in October or November 2027.

All other dates and provisions set forth in this Court's April 24, 2025 Pretrial Scheduling Order [ECF. Doc No. 23] shall remain in effect.

<table>
<tr><td></td><td>**STORMS DWORAK LLC**</td></tr>
<tr><td>Dated: May 12, 2026</td><td>*/s/ Jeffrey S. Storms*<br>Jeffrey S. Storms (#387240)<br>Paul C. Dworak (#391070)<br>Marc E. Betinsky (#0388414)<br>800 Hennepin Ave.<br>800 Pence Building<br>Minneapolis, MN 55403<br>Telephone: 612.455.7050<br>jeff@stormsdworak.com<br>paul@stormsdworak.com<br>marc@stormsdworak.com</td></tr>
</table>

*and*

**James G. Lowe, MD Law, LLC**
James G. Lowe, MD, JD
(PA# 329924) (pro hac vice)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Jim@lowemdlaw.com

*and*

**Honkanen Law Firm, S.C.**
Erik J. Honkanen
U.S. Bank Plaza
230 1st St. South, Ste. 101
Virginia, MN 55792
Telephone: 218-749-3047

erik@honkanenlaw.com

**Attorneys for Plaintiff**

Dated:  May 11, 2026

Of Counsel
Matthew J. Hanzel (#229167)
Mayo Clinic
Legal Department
200 First Street Southwest
Rochester, MN 55905
Telephone: 507.284.0001
Facsimile: 507.284.0929

*/s/ Anupama D. Sreekanth*
Gregory E. Karpenko (#0286473)
Anupama D. Sreekanth (#0393417)
Sarah Theisen (#0402844)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN  55402-4400
Telephone: 612.492.7000
Fax: 612.492.7077
gkarpenko@fredlaw.com
asreekanth@fredlaw.com
stheisen@fredlaw.com

**Attorneys for Defendants**

5