**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Ashley Barton, individually and on behalf of KJB, a minor, | Case No. 25-cv-33 (LMP/DLM) |
| Plaintiff, | |
| v. | **Notice of Withdrawal of Counsel** |
| Syed Mohammed Karim, Mayo Clinic, and Peter S. Rose, | |
| Defendants. | |

---

PLEASE TAKE NOTICE that attorney Joe Heegaard hereby withdraws as counsel

of record for Plaintiff in the above-captioned matter.


Dated: June 16, 2026

/s/ Joseph T. Heegaard
Joseph T. Heegaard (Atty No. 0401544)
332 Minnesota Street, Suite W1610
Saint Paul, MN 55101
P: (612) 418-7715
E: joe@ratkowskilaw.com